FORM or521 (Rev 12/09)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re: Lisha Ann Dee
    SSN/ITIN: xxx–xx–2043
    Debtor

Bankruptcy Case No.: 10–50386–LMK

Chapter: 7
Judge: Lewis M. Killian Jr.

*ORDER CONDITIONALLY DETERMINING DEBTOR'S COMPLIANCE*
*WITH FILING REQUIREMENTS OF SECTION 521(a)(1)*
*AND SETTING DEADLINE FOR RECONSIDERATION*

      Pursuant to 11 U.S.C. §521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or Chapter 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and finds as follows:

1. That the debtor has complied with the filing requirements of 11 U.S.C. §521(a)(1) and is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2). This finding is conditional upon there being no request for reconsideration within the time prescribed herein.
2. That any party having any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1) shall file a Motion for Reconsideration not later than fourteen (14) days from the date of this Order and shall serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.
3. That if no request for reconsideration is filed in the time and manner stated herein, this Order shall become final after the expiration of the deadline to request reconsideration and all parties shall be barred from seeking dismissal of the case under 11 U.S.C. §521(i)(1) or (2).

*DONE AND ORDERED* at Tallahassee, Florida, June 2, 2010 .

                                                /s/ Lewis M. Killian Jr.
                                                Lewis M. Killian Jr.
                                                U.S. Bankruptcy Judge

Service to:
    All creditors and parties in interest

# CERTIFICATE OF NOTICE

```
District/off: 1129-5           User: ldavis                 Page 1 of 1                  Date Rcvd: Jun 02, 2010
Case: 10-50386                 Form ID: or521               Total Noticed: 17

The following entities were noticed by first class mail on Jun 04, 2010.
db          +Lisha Ann Dee,    6200 Breezy Ln,    Youngs Towne, FL 32466-2016
smg          Florida Dept. of Revenue,    Bankruptcy Unit,    P.O. Box 6668,    Tallahassee, FL  32314-6668
smg         +Secretary of the Treasury,    U.S. Treasury Department,    15th & Pennsylvania Ave.,
             Washington, DC 20220-0001
smg         +U.S. Attorney (Tallahassee Office),    111 N. Adams Street,    Fourth Floor,
             Tallahassee, FL 32301-7736
smg         +U.S. Securities & Exchange Commission,    Branch of Reorganization,
             3475 Lenox Rd., N.E. Suite 100,    Atlanta, GA 30326-3227
1449824     +BANK OF AMERICA,    PO BOX 15019,    WILMINGTON, DE 19886-5019
1449828     +COOPER COMM,    16457WILSON FARM,    CHESTERFIELD, MO 63005-4525
1449829     +CRD PRT ASSO,    13355 NOEL RD,    DALLAS, TX 75240-6602
1449832     +GEMS SAMS,    PO BOX 981064,    ELPASO, TX 79998-1064
1449833      INOVATION CU,    PO BOX 1090 1981ST AVE NE,    SWIFT CURRENT, SK 59H3X3
1449834     +SEARS CBSD,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
1449835     +SLC CONDUIT,    3822 W 1987 S,    SALT LAKE CITY, UT 84104-4933
1449826     +cm GROUP STUDENT,    PO BOX 6615,    THE LAKES, NV 88901-6615
1449825     +cm I STUDENT LOAN,    PO BOX 6615,    THE LAKES, NY 88901-6615

The following entities were noticed by electronic transmission on Jun 02, 2010.
1449827      E-mail/Text: bankruptcy@reducear.com                            COLLECTION BUR FT WALT,
             711 EGLIN PRKYNE,    FORT WALTON, FL 32547
1449830     +E-mail/Text: bankruptcysupport@flagstar.com                           FLAG STAR BANK,
             5151 CORPORATE DR,    TROY, MI 48098-2639
1449831     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2010 01:25:58      GEMB JCP,   PO BOX 981426,
             ELPASO, TX 79998-1426
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2010                    Signature:        *Joseph Speetjens*